**REDACTED**

(08-75M)

# United States District Court
## Violation Notice

CVB Location Code: **DE 10**
Violation Number: **R 3436510**
Officer Name (Print): **Mckinzie Nash N7134**
Officer No: **10**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **09.28.2007 1910**
Offense Charged: ☐ CFR ☐ USC ☒ State Code — **Delaware code title 11 Sec 840**
Place of Offense: **Base Exchange**
Offense Description: **Shoplifting**

### DEFENDANT INFORMATION

Last Name: **Lorenzi**    First Name: **Kimberly**    MI: **M**
Street Address: [redacted]
City: **Millsboro**    State: **DE**    Zip Code: **19966**
Drivers License No: [redacted]    D.L. State: **DE**    Date of Birth: **1961**    Social Security No: [redacted]
Phone: (**302**) **946-0433**
Sex: ☐ Male ☒ Female    Hair: **Bld**    Eyes: **Hzl**    Height: **5'4"**    Weight: **174**
☒ Adult ☐ Juvenile

### VEHICLE DESCRIPTION VIN

Tag No | State | Year | Make/Model | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE

(if no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: **US District 844 King St Wilmington Delaware 19801 attn: magistrate**

Date: _____    Time: _____

X Defendant Signature: [signed]
My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sept 28, 2007** while exercising my duties as a law enforcement officer in the **Kent** District of **Delaware**

While performing police duties I was dispatched to Dover AFB Base Exchange. Store Detective Paul Burgess told me he witnessed Kimberly Lorenzi stealing 4 earrings from the jewelery department. He gave me the evidence that he seized from Lorenzi.

The foregoing statement is based upon
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: **09.28.2007**    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant

Executed on: _____    Date (mm/dd/yyyy)    U.S. Magistrate Judge