IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | VIOLATION NOTICE NO. R3431510 |
| Kimberly M. Laurenzi | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for KIMBERLY M. LAURENZI.

COLM F. CONNOLLY
United States Attorney

BY: _____
ROBERT T. LEAHY, Captain, USAF
Special Assistant United States Attorney

DATE: May 7, 2008

**IT IS SO ORDERED** this 7th day of May 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
MAY 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE